# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Reginald Green )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>ARS Account Resolution Services *et al.* )<br>*Defendants* )<br> ) | Case No. | 3:17-cv-00204-TBR |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is dismissing, without prejudice, his claims against Defendant National Credit Systems only. This Notice does not and is not intended to affect the Plaintiff's claims against any other party to this action.

Submitted by:

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Reginald Green*

## **CERTIFICATE OF SERVICE**

 This is to certify that I filed the foregoing Notice of Voluntary Dismissal via the Court's CM/ECF system on this 1st day of May, 2017, which will send a Notice of Electronic Filing to the following counsel of record:

John P. Langenderfer
*Surdyk, Dowd & Turner Co., L.P.A.*
8163 Old Yankee Street, Suite C
Dayton, OH 45458
Tel: (937) 222-2333
Fax: (937) 222-1970
E-mail: jlangenderfer@sdtlawyers.com
*Counsel for Defendant*
*Wakefield & Associates, Inc.*

Christy A. Ames
Timothy D. Thompson
*Stites & Harbison PLLC*
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Tel: (502) 587-3400
E-mail: cames@stites.com
E-mail: tthompson@stites.com
*Counsel for Defendant*
*Santander Consumer USA, Inc.*

 I also served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 1st day of May, 2017:

ARS Account Resolution Services
*Assumed name for*
Healthcare Revenue Recovery Group, LLC
c/o Corporation Service Company
421 W. Main Street
Frankfort, KY 40601

GTE Wireless, Inc.
*as a General Partner of Verizon Wireless*
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

National Credit Systems, Inc.
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

      /s/ James H. Lawson
      *Counsel for Plaintiff*
      *Reginald Green*