# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Reginald Green | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    3:17-cv-00204-TBR |
| | ) | |
| ARS Account Resolution Services *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT WAKEFIELD & ASSOCIATES, INC.

Please take notice that Plaintiff, Reginald Green, has reached a settlement with Defendant Wakefield & Associates, Inc. in this case. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully Submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Reginald Green*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 22nd day of May, 2017, I electronically filed the foregoing Notice of Settlement via U.S. Mail via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      /s/ James H. Lawson
                                      *Counsel for Plaintiff*
                                      *Reginald Green*