# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | | |
|---|---|---|---|
| Reginald Green | ) | | |
|    *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:17-cv-00204-TBR |
| | ) | | |
| ARS Account Resolution Services *et al.* | ) | | |
|    *Defendants* | ) | | |
| | ) | | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GTE WIRELESS, INC. AS A GENERAL PARTNER OF VERIZON WIRELESS

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is dismissing, without prejudice, his claims against Defendant GTE Wireless, Inc. as a General Partner of Verizon Wireless only. This Notice does not and is not intended to affect the Plaintiff's claims against any other party to this action.

Submitted by:

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:  (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Reginald Green*

# CERTIFICATE OF SERVICE

    This is to certify that I filed the foregoing Notice of Voluntary Dismissal via the Court's CM/ECF system on this 19th day of June, 2017, which will send a Notice of Electronic Filing to the following counsel of record:

John P. Langenderfer
*Surdyk, Dowd & Turner Co., L.P.A.*
8163 Old Yankee Street, Suite C
Dayton, OH 45458
Tel: (937) 222-2333
Fax: (937) 222-1970
E-mail: jlangenderfer@sdtlawyers.com
*Counsel for Defendant*
*Wakefield & Associates, Inc.*

Christy A. Ames
Timothy D. Thompson
*Stites & Harbison PLLC*
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Tel: (502) 587-3400
E-mail: cames@stites.com
E-mail: tthompson@stites.com
*Counsel for Defendant*
*Santander Consumer USA, Inc.*

Edward H. Stopher
Charles H. Stopher
*Boehl, Stopher & Graves*
400 West Market Street, Suite 2300
Louisville, KY 40202
Tel: (502) 589-5980
Fax: (502) 561-9400
E-mail: estopher@bsg-law.com
E-mail: cstopher@bsg-law.com
*Counsel for Defendant*
*GTE Wireless, Inc.*

    I also served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 19th day of June, 2017:

ARS Account Resolution Services
*Assumed name for*
Healthcare Revenue Recovery Group, LLC
c/o Corporation Service Company
421 W. Main Street
Frankfort, KY 40601

                                            /s/ James H. Lawson
                                            *Counsel for Plaintiff*
                                            *Reginald Green*