# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | | |
|---|---|---|---|
| Reginald Green | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:17-cv-00204-TBR |
| | ) | | |
| ARS Account Resolution Services *et al.* | ) | | |
| *Defendants* | ) | | |
| | ) | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WAKEFIELD & ASSOCIATES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Reginald Green and Defendant Wakefield & Associates, Inc. hereby jointly request that this Court dismiss with prejudice Plaintiffs' claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ John P. Langenderfer (by permission) |
| **James H. Lawson** | **John P. Langenderfer** |
| *Lawson at Law, PLLC* | *Surdyk, Dowd & Turner Co., L.P.A.* |
| 115 S. Sherrin Avenue, Suite 4 | 8163 Old Yankee Street, Suite C |
| Louisville, KY 40207 | Dayton, OH 45458 |
| Tel:   (502) 473-6525 | Tel:   (937) 222-2333 |
| Fax:   (502) 473-6561 | Tel:   (937) 222-1970 |
| james@kyconsumerlaw.com | jlangenderfer@sdtlawyers.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Reginald Green* | *Wakefield & Associates, Inc.* |