# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | | | |
|---|---|---|---|
| Reginald Green | ) | | |
|     *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:17-cv-00204-TBR |
| | ) | | |
| ARS Account Resolution Services *et al.* | ) | | |
|     *Defendants* | ) | | |
| | ) | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SANTANDER CONSUMER USA, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Reginald Green and Defendant Santander Consumer USA, Inc. hereby jointly request that this Court dismiss with prejudice Plaintiffs' claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Christy A. Ames (by permission) |
| **James H. Lawson** | Christy A. Ames |
| *Lawson at Law, PLLC* | Timothy D. Thompson |
| 115 S. Sherrin Avenue, Suite 4 | *Stites & Harbison PLLC* |
| Louisville, KY 40207 | 400 West Market Street, Suite 1800 |
| Tel:  (502) 473-6525 | Louisville, KY 40202-3352 |
| Fax:  (502) 473-6561 | Tel:  (502) 587-3400 |
| james@kyconsumerlaw.com | Fax:  (502) 587-6391 |
| *Counsel for Plaintiff* | cames@stites.com |
| *Reginald Green* | tthompson@stites.com |
| | *Counsel for Defendant* |
| | *Santander Consumer USA, Inc.* |

1