# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Reginald Green ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No.   3:17-cv-00204-TBR |
| ) | |
| ARS Account Resolution Services *et al.* ) | |
| *Defendants* ) | |
| ) | |

## ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT WAKEFIELD & ASSOCIATES, INC.

Plaintiff Reginald Green and Defendant Wakefield & Associates, Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against Wakefield & Associates, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Reginald Green's claims against Defendant Wakefield & Associates, Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees. This order does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.