UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

| | | |
|---|---|---|
| REGINALD GREEN | ) | 3:17-cv-00204-TBR |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHCARE REVENUE RECOVERY | ) | |
| GROUP, LLC d/b/a ARS ACCOUNT | ) | |
| RESOLUTION SERVICES, ET. AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## NOTICE OF SETTLEMENT

Defendant, Health Care Recovery Group, LLC d/b/a ARS Account Resolution Services, ("Account Resolution"), and Plaintiff, Reginald Green, hereby notify the Court they have reached a settlement agreement in this action and are now finalizing settlement documentation. The parties will file an agreed order of dismissal with the Court upon completion of settlement.

Respectfully submitted,

**REMINGER CO., LPA**

/s/ Anthony M. Pernice
Anthony M. Pernice
Reminger Co., LPA
333 West Vine Street, Ste. 1670
Lexington, Kentucky 40507
Phone: (859) 233-1311
Fax: (859) 233-1312
apernice@reminger.com
*Counsel for Defendant, Health Care Recovery Group, LLC d/b/a ARS Account Resolution Services*

1

### CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system and served same via U.S. First Class Mail to the following:

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY  40207
*Counsel for Plaintiff*

/s/ Anthony M .Pernice
*Counsel for Defendant, Health Care Recovery Group, LLC d/b/a ARS Account Resolution Services*